# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREKKIE, INC., a California corporation dba DOSA,<br><br>Plaintiff,<br><br>v.<br><br>THREE IDIOTS PLUS ONE INC. a California Corporation DBA THE DOSA REPUBLIC, AKURANVYKA USA INC., a California Corporation, AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C-12-06353 SBA<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: February 26, 2013

_____
Attorney for Plaintiff

Dated: February 26, 2013

/s/
_____
Shirish Gupta
Attorney for Defendants

## [PROPOSED] ORDER

- ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 2/28/13

*Saundra B. Armstrong*
_____
Hon. Saundra Brown Armstrong
UNITED STATES SENIOR DISTRICT JUDGE

STIP & PROPOSED ORDER SELECTING ADR: C-12-06353 SBA