UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BREKKIE INC., a California corporation dba DOSA,<br><br>Plaintiff,<br><br>vs.<br><br>THREE IDIOTS PLUS ONE INC. a California Corporation DBA THE DOSA REPUBLIC, et al.,<br><br>Defendants. | Case No: C 12-6353 SBA<br><br>**MODIFICATION TO ORDER DISMISSING ACTION** |

Based on Magistrate Judge Nathanael Cousin's amended minute order filed on July 9, 2013, which anticipates that the settlement will be completed in 120 days (Dkt. 29),

IT IS HEREBY ORDERED THAT the Court's Order Dismissing Action, filed on July 9, 2013 (Dkt. 27) is MODIFIED to reflect that the 30 day period to move to reopen the case is enlarged to 120 days, nunc pro tunc.

IT IS SO ORDERED.

Dated: July 11, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge